**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA LEE SIPPLE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A.,<br><br>Defendant. | Case No. 2:21-cv-00904-GMN-NJK<br><br>**ORDER TO EXTEND THE TIME FOR DEFENDANT ZIONS BANCORPORATION, N.A. TO RESPOND TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Linda Lee Sipple ("Sipple") and Defendant Zions Bancorporation, N.A. ("Zions"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. Plaintiff filed a putative Class Action Complaint ("Complaint") against Zions in the Eighth Judicial District Court for the State of Nevada in the above-captioned action on February 17, 2021.

2. Plaintiff served the Complaint on Zions on April 8, 2021.

3. On May 7, 2021, Zions removed the matter to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332(d).

4. Pursuant to Fed. R. Civ. P. 81(c)(2), the deadline for Zions to respond to the Complaint is May 14, 2021.

5. The parties seek to extend the deadline for Zions to respond to the Complaint (Dkt 1-1) from May 14, 2021 to June 7, 2021. Good cause supports the request because Sipple asserts proposed class action claims and Zions needs additional time to investigate Sipple's allegations and prepare a responsive pleading. The parties note that Plaintiff reserves the right to move to remand the case to state court.

6. The parties have not previously requested any extension or modification of deadlines by this Court.

7. The parties enter into this stipulation in good faith and not for the purpose of delay.

THEREFORE, and for good cause shown, the parties respectfully request that the deadline for Zions to file a response to the Complaint be extended up to and including **June 7, 2021**.

IT IS SO STIPULATED.

DATED: May 14, 2021

**GREENBERG TRAURIG, LLP**

_/s/ Jacob D. Bundick_
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
10845 Griffith Peak Drive, Ste. 600
Las Vegas, NV 89135
*Attorneys for Defendant*
*Zions Bancorporation, N.A.*

DATED: May 14, 2021

**LAW OFFICES OF BURAK S. AHMED, PC**

_/s/ Burak S. Ahmed_
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
3651 Lindell Road, Suite D812
Las Vegas, Nevada 89103
*Attorneys for Plaintiff*
*Linda Lee Sipple*

**ORDER**

**IT IS SO ORDERED:**

**HONORABLE NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** May 17, 2021