UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA LEE SIPPLE,<br>  Plaintiff,<br>v.<br>ZIONS BANCORPORATION, N.A.,<br>  Defendant. | Case No. 2:21-cv-00904-GMN-NJK<br>**ORDER**<br>[Docket No. 8] |

  Pending before the Court is a stipulation for extension of time for Defendant to respond to Plaintiff's complaint. Docket No. 8. The parties ask the Court to permit Defendant to file a response to Plaintiff's complaint twenty-one days after the Court issues a ruling on a motion to remand that Plaintiff may or may not file. *Id.* at 2. The parties submit that granting the instant request will conserve party and judicial resources. *Id.*

  Whether Plaintiff will file a motion to remand is uncertain, as the parties merely submit that Plaintiff "may seek to remand this matter." *Id.* Further, the parties fail to explain how granting the instant stipulation, which would effectively stay discovery proceedings whether or not Plaintiff files a motion to remand, would conserve party resources. "[E]ven if the motion to remand is granted, 'that will not render any discovery conducted moot or otherwise result in a waste of the parties' resources.'" *Anoruo v. Valley Health Sys.*, 2018 WL 1785866, at *3 (D. Nev. Apr. 13, 2018) (quoting *Cooks-Putnam v. Trump Las Vegas Corp.*, 2015 U.S. Dist. Lexis 115606, at *3 (D. Nev. Aug. 31, 2015)); *see also Turner Broad. Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997) (stating discovery should proceed absent a "strong showing" to the contrary).

  Accordingly, the parties' stipulation, Docket No. 8, is hereby **DENIED**.

  IT IS SO ORDERED.

  Dated: June 4, 2021

                          _____
                          Nancy J. Koppe
                          United States Magistrate Judge