# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA LEE SIPPLE, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A.,<br><br>Defendant. | Case No.  2:21-cv-00904-GMN-NJK<br><br>**ORDER TO EXTEND THE TIME FOR DEFENDANT ZIONS BANCORPORATION, N.A. TO RESPOND TO THE AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>**[Amended to Correct Caption Only]** |

     Plaintiff Linda Lee Sipple ("Sipple") and defendant Zions Bancorporation, N.A. ("Zions"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

     1.    Plaintiff filed a putative class action Complaint against Zions in the Eighth Judicial District Court for the State of Nevada in the above-captioned action on February 17, 2021.

     2.    Plaintiff served the Complaint on Zions on April 8, 2021.

     3.    On May 7, 2021, Zions removed the matter to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332(d).

     4.    Pursuant to Fed. R. Civ. P. 81(c)(2), the deadline for Zions to respond to the Complaint was May 14, 2021.

/ / /

5. On May 17, 2021, the Court granted the parties' Stipulation and Order to Extend the Time for Defendant to Respond to the Complaint [First Request], thereby extending the response date to June 7, 2021.

6. Sipple filed her remand motion on June 4, 2021.

7. The parties submitted their Stipulation and Order to Extend the Briefing Schedule for the Motion to Remand [First Request] [Doc. 15], which was granted by the Court. Thus, in accordance with the stipulation and order, Zions filed its opposition on June 25, 2021, and Sipple filed her reply in support of her motion to remand on July 9, 2021.

8. On July 7, 2021, Zions filed its Motion to Dismiss Complaint with Prejudice Or, in the Alternative, to Strike Class Action Allegations [Doc. 19]. In response, Sipple filed her Amended Complaint [Doc. 21] on July 21, 2021, and the deadline for Zions to respond to the Amended Complaint is August 4, 2021.

9. On July 29, 2021, the parties met and conferred regarding the Zions' intention to file a motion to dismiss in response to the Amended Complaint. The parties agreed that Zions would have additional time up through and including September 10, 2021 in which to file its motion to dismiss in response to the Amended Complaint. The parties also agreed that Sipple will have until October 8, 2021 to file her opposition to the motion to dismiss, and Zions will have until October 29, 2021 in which to file its reply in support of its motion to dismiss.

10. Good cause supports the requested extended briefing schedule because Zions will have an opportunity to evaluate the merits of Sipple's Amended Complaint and the parties to prepare appropriate responses, in addition to the fact that the parties are engaged in active settlement discussions.

11. No other requests have been made regarding any other deadlines.

12. The parties enter into this stipulation in good faith and not for the purpose of delay.

THEREFORE, and for good cause shown, the parties respectfully request that the deadline for Zions to file a motion to dismiss the Amended Complaint be extended to September 10, 2021. Sipple

///

///

will have until October 8, 2021 in which to respond to the motion to dismiss, and Zions will have until October 29, 2021 in which to submit its reply in support of the motion to dismiss.

IT IS SO STIPULATED.

DATED this 30th day of July, 2021.

**GREENBERG TRAURIG, LLP**

_/s/ Jacob D. Bundick_
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
*Attorneys for Defendant*
*Zions Bancorporation, N.A.*

DATED this 30th day of July, 2021.

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**

_/s/ Jason H. Alperstein_
JASON H. ALPERSTEIN, ESQ.
(*Pro Hac Vice*)
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
and
BURAK S. AHMED, ESQ.
Nevada Bar No. 12547
LAW OFFICES OF BURAK S. AHMED, PC
3651 Lindell Road, Suite D812
Las Vegas, Nevada 89103
*Attorneys for Plaintiff Linda Lee Sipple*

## ORDER

**IT IS SO ORDERED:**

**HONORABLE NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** August 2, 2021