# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LINDA LEE SIPPLE,

      Plaintiff,

v.

ZIONS BANCORPORATION, N.A.,

      Defendant.

Case No.: 2:21-cv-00904-GMN-NJK

**Order**

      To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than August 31, 2021, a joint proposed discovery plan.

      IT IS SO ORDERED.

      Dated: August 24, 2021

_____

Nancy J. Koppe
United States Magistrate Judge